IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRIAN C. ADAMS, § | |
| (TDCJ-CID #766710) § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION H-10-4227 |
| § | |
| ABIOLA OKUTUBO, *et al.*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND OPINION

Plaintiff, a state prisoner proceeding *pro se*, brings this action[1] against Texas prison officials who reside in Brazoria County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the Ramsey Unit, where he is confined and which is located in Brazoria County, Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is transferred to the United States District Court for the Southern District of Texas, Galveston Division. 28 U.S.C. §§ 1391, 1404(a).

SIGNED on November 8, 2010, at Houston, Texas.

                                                          Lee H. Rosenthal
                                              United States District Judge

---

[1] Adams initially filed this complaint in the 412th Judicial District Court of Brazoria County, Texas, on August 5, 2010. On October 29, 2010, the defendants filed their notice of removal.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN C. ADAMS, | § | |
| (TDCJ-CID #766710) | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-10-4227 |
| | § | |
| ABIOLA OKUTUBO, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF TRANSFER

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is transferred to the United States District Court for the Southern District of Texas, Galveston Division.

SIGNED on November 8, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

O:\RAO\LHR\2010\10-4227.a01.wpd